ORIGINAL

FILED
08 MAR -6 AM 11:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>3685 KEATING STREET<br>SAN DIEGO, CA | Case No. 08MJ0677<br><br>MOTION AND ORDER TO UNSEAL<br>SEARCH WARRANT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the search warrant, the application, and affidavit for search warrant in the above-referenced case be unsealed.

DATED: March 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

SO ORDERED.
DATED: 3/6/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge