1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America
7

FILED

08 APR 18 PM 12:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE SEARCH OF    )   Case No. 08MJ0677
                                     )
11 3685 Keating Street                )
   San Diego, California              )   MOTION AND ORDER TO
12                                    )   UNSEAL SEARCH WARRANT
                                     )
13 _____)

14     COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

15 Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney,

16 and hereby requests that the search warrant, the application, and affidavit for search warrant in the

17 above-reference case be unsealed.

18     DATED: April 17, 2008.

19                                           Respectfully submitted,

20                                           KAREN P. HEWITT
                                             United States Attorney
21
22                                           _____
                                             TIMOTHY F. SALEL
23                                           Assistant U.S. Attorney

24
25     IS ORDERED.
       DATED: 4/17/08.
26
27                                           _____
                                             HONORABLE BARBARA L. MAJOR
28                                           United States Magistrate Judge

TFS:klb:Motion:Unseal S.W.Keating St